for respondent.

No. 633. NORTH v. UNITED STATES. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. Howard A. Newman* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 597. McMURTRY v. UNITED STATES. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Dewey Wallace McMurtry, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for the United States.

No. 647. BOOTH v. STATE FARM MUTUAL AUTOMOBILE INSURANCE Co. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Morton L. Wallerstein* and *Philip Rosenfeld* for petitioner.

No. 667. KELLY v. DOWD, WARDEN. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 676. KELLY v. DOWD, WARDEN. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Seventh Circuit denied.

No. 625. LYNCH v. UNITED STATES. March 6, 1944. The petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit is denied for the reason that application therefor was not made within the time provided by law. Rule XI of the Criminal Appeals Rules, 292 U. S. 665–6. *William Lynch, pro se. Solicitor General Fahy* for the United States.

No. 714. FERGUSON v. MASSACHUSETTS. March 6, 1944. The petition for writ of certiorari to the Superior Court of Massachusetts is denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

No. 669. FRATERNAL ORDER OF POLICE ET AL. v. HARRIS ET AL. March 13, 1944. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Edward N. Barnard* for petitioners. *Mr. Paul G. Eger* for respondents. *Messrs. Paul E. Krause* and *John H. Witherspoon* filed a brief on behalf of the City of Detroit, as *amicus curiae,* opposing the petition.

No. 670. MILLER ET AL., PARTNERS, ET AL. v. WALLING, ADMINISTRATOR. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. George P. Lamb* and *Pierce Butler* for petitioners. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Douglas B. Maggs, Archibald*